In the Matter of NORTH LINCOLN BUILDING CORPORATION, a Corporation, Debtor.

John R. O'CONNOR, Successor Trustee, under Trust Deed Recorded as Document No. 9833880, v. NORTH LINCOLN BUILDING CORPORATION, a Corporation.

No. 5653.

Circuit Court of Appeals, Seventh Circuit.

Sept. 29, 1937.

Whitty & McGah and Abrams, Sherman & Lewis, all of Chicago, Ill., for appellant.

Johnson, Swanstrom & Wiles, of Chicago, Ill., for appellee.

Before SPARKS Circuit Judge.

PER CURIAM.

Now this day come the parties by their counsel and present and file a stipulation to dismiss this appeal, which stipulation is in the words and figures following, to wit: "It is hereby stipulated and agreed, by and between the parties hereto, by their respective counsel, that the above entitled cause be dismissed without costs, all costs having been fully paid."

On consideration whereof it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed without costs pursuant to the foregoing stipulation.

Clarence OCHS et al., Appellants, v. O. T. GILBANK et al., Appellees.

No. 8665.

Circuit Court of Appeals, Ninth Circuit.

Dec. 2, 1937.

John W. Carrigan, of Los Angeles, Cal., for appellants.

Raphael Dechter, of Los Angeles, Cal., for appellees.

Before DENMAN, STEPHENS, and HEALY, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly, and that the mandate of this court issue forthwith.

Henry Charles O'DELL v. Fred G. ZERBST, Warden, United States Penitentiary, Leavenworth, Kansas.

No. 1584.

Circuit Court of Appeals, Tenth Circuit.

Nov. 15, 1937.

Henry Charles O'Dell, Washington, D. C., pro se.

Homer Davis, Asst. U. S. Atty., of Topeka, Kan., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed on motion of appellant at appellant's costs.